AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Steven J. Corvin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03 - 30291 - MAP

TO: (Name and address of Defendant)

Steven J. Corvin
418 Meadow Street, Unit 1E
Agawam, MA 01001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

December 1, 2003
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

February 26, 2004

I hereby certify and return that on 2/25/2004 at 12:06 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to STEVEN J. CORVIN at 551 SUMNER Avenue, SPRINGFIELD, MA 01108 <>.Attestation X 1 ($5.00), Conveyance ($3.60), Travel ($7.68), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $47.28

Deputy Sheriff MICHAEL POWERS

\ Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.