# UNITED STATES DISTRICT COURT
## District of Massachusetts

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

**DIRECTTV, Inc.**

vs.                                                     #03-30291- MAP

Steven J. Corvin

### Defendant's Answer

Paragraphs 1-17.- Defendant lacks sufficient knowledge to admit or deny the allegations.

Paragraphs 18-48- Defendant denies the allegations put forth by the Plaintiff.

Defendant demands a jury trial on all the issues.

3/6/04
Date

Steven J. Corvin, Pro Se
418 Meadow St. 1E
Agawam, MA 01001

Copy has been mailed to Attorney for Direct TV.