UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-30291-MAP |
| | ) | |
| STEVEN CORVIN, | ) | |
|     Defendant | ) | |

REVISED SCHEDULING ORDER
May 19, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. All discovery shall be completed by August 19, 2004.

2. The parties shall appear for a case management conference on August 26, 2004, at 10:45 a.m. in Courtroom Three.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge