✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

| | |
|---|---|
| DIRECTV, INC.<br><br>V.<br><br>STEVEN CORVIN | **NOTICE**<br><br>CASE NUMBER:   03-30291-MAP |

TYPE OF CASE:

☒  **CIVIL**          **CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>1550 Main Street<br>Springfield, Massachusetts 01103 | ROOM NO.<br>Courtroom Three |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☒  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **August 26, 2004 at 10:45 a.m.** | **August 26, 2004 at 9:30 a.m.** |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| August 17, 2004 | /s/ _Bethaney A. Healy_ |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:    All Counsel of Record; Steven Corvin