## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DIRECTV, INC,
        Plaintiff

    V.

STEVEN CORVIN,
        Defendant

CIVIL ACTION

NO. 03-30291-MAP

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D. J.

The Court having been advised on September 7, 2004 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                By the Court,

September 7, 2004                            /s/ Mary Finn
_____                            _____
Date                                         Deputy Clerk